## No. 347
### MAYFIELD BUILDERS' SUPPLY CO. v. JOHNSON et al

Ohio Appeals, 8th Dist., Cuyahoga County
No. 4762. Decided Feb. 20, 1924

755. MECHANICS' LIENS—Action to foreclose mechanic's lien dates from issuance of summons or appearance entered, not from filing petition.

Chittenden, Kinkade and Richards, JJ., sitting

RICHARDS, J.
#### Epitomized Opinion
Published Only in Ohio Law Abstract

Supply Co. brought this action in Cuyahoga Common Pleas to foreclose a mechanic's lien. Johnson, in her answer, averred that she notified the Co. to commence suit upon its lien under 8319 GC., but that it failed to commence suit within the 60 days provided by statute. The record disclosed that the petition was filed within 60 days, but no summons was issued or appearance entered till after the 60 days had expired. In affirming the judgment for Johnson, the Court of Appeals held:

1. "The action in this case was not commenced on the date the petition was filed, for it contained no entry of appearance, nor any precipe for the issuance of a summons. The action was not in law commenced until the summons was issued or appearance of defendant entered."

Attorneys—H. C. Boyd, for Mayfield Co.; G. Morgan, for Johnson et al, both of Cleveland.